07-CV-00386-CMP

FILED ____ ENTERED
____ LODGED ____ RECT'D

MAR 1 4 2007  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

OMNI INNOVATIONS, LLC, a
Washington Limited Liability
company; and JAMES S. GORDON,
JR., a married individual,

               Plaintiffs,

    v.

STAMPS.COM, INC., a Delaware and
California corporation; and JOHN
DOES, I-X,

               Defendants,

NO. **CV7 0386P**

COMPLAINT

**PARTIES, JURISDICTION, VENUE**

1.    Plaintiff OMNI INNOVATIONS, LLC, (hereinafter "OMNI") is a Washington
limited liability company duly licensed and registered with the State of Washington,
with its principal place of business in Franklin County, Washington.

2.    Plaintiff JAMES S. GORDON, JR., (hereinafter "GORDON") is a married individual
residing in Franklin County, Washington.

3.    On information and belief, plaintiffs allege that Defendant **STAMPS.COM, INC.,**
**("STAMPS") is a California and Delaware corporation,** with its principal places
of business in the states of California and Delaware.

COMPLAINT FOR DAMAGES, PENALTIES, ETC. -1

i.JUSTICE LAW, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-504-5400
Fax: 206-624-0717

Dockets.Justia.com

4.  Jurisdiction is proper pursuant to 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1332 (diversity).

5.  This Court has supplemental jurisdiction of state law claims pursuant to U.S.C. § 1367.

6.  Venue is proper pursuant to 28 U.S.C. §1391.

7.  From at least August 2003 through May 2005, Plaintiff GORDON provided and enabled computer access for multiple users to a computer server that provides access to the Internet.

8.  From and after May 2005, Plaintiff OMNI provided and enabled computer access for multiple users to a computer server that provides access to the Internet.

9.  The domain names served by Plaintiffs or one of Plaintiffs include: anthonycentral.com, chiefmusician.net, ehahome.com, itdidnotendright.com, jammtomm.com, jayeelia.com, celiajay.com, jaykaysplace.com, rcw19190020.com, and gordonworks.com (collectively the "Domains" and individually and generically a "Domain").

10. At all times material hereto, for the Domains and each of them, the information that all e-mail addresses at each Domain (the "Recipient Addresses") belong to Washington residents was and is available upon request from the registrant of each Domain, each registrant being a Washington resident and each Domain being registered with a Washington address.

11. During the time period of approximately August 2003 through present, Plaintiffs received at the Domains electronic-mail messages (collectively the "E-mails" or individually and generically as an "Email").

12. The E-mails, and each of them, were received by Plaintiffs' servers serving the Domains.

13. Each of the E-mails misrepresents or obscures information in identifying the point of origin or the transmission path thereof, and contains header information that is materially false or materially misleading. The misrepresentations include without

COMPLAINT FOR DAMAGES, PENALTIES, ETC. -2

i.JUSTICE LAW, PC
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-504-5400
Fax: 206-624-0717

limitation: IP address and host name information do not match, or are missing or false, in the "from" and "by" tokens in the Received header field; and dates and times of transmission are deleted or obscured.

14.   On information and belief, Plaintiffs allege that some of the E-mails used the Internet domain name of a third party or third parties without permission of that third party or those third parties.

15.   Defendant initiated the transmission of the E-mails, and each of them. In the alternative, Defendant conspired or otherwise acted in collusion with another or others or assisted another or others to transmit the E-mails, and each of them.

16.   At all times material hereto, Defendants knew or had reason to know that the Recipient Addresses, and each of them, were and are held by a Washington resident.

## FIRST CAUSE OF ACTION – CAN-SPAM ACT
### 15 U.S.C. §7701 et seq.

17.   On the basis of the facts set forth hereinabove, Defendants initiated the transmission of the E-mails, and each of them, to a protected computer in violation of 15 U.S.C. §7704(a), causing damage to Plaintiffs GORDON and OMNI as the providers of the Internet access service receiving each such E-mail in the amount of $100 for each such E-mail, as provided in 15 U.S.C. §7706 (g) (3).

18.   Defendants did willfully and knowingly so act in violation of the provisions of 15 U.S.C. §7701 et seq.

## SECOND CAUSE OF ACTION – CEMA
### RCW 19.190.010 - .070

19.   On the basis of the facts set forth hereinabove, Defendants initiated, conspired with another to initiate, or assisted the transmission of the E-mails, and each of them, in violation of RCW 19.190.020, causing damage to Plaintiffs GORDON and OMNI as the interactive computer service receiving each such E-mail in the amount of $1,000 for each such E-mail, as provided in RCW 19.190.040 (2).

COMPLAINT FOR DAMAGES, PENALTIES, ETC. -3

**i.JUSTICE LAW, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-504-5400
Fax: 206-624-0717

THIRD CAUSE OF ACTION – CONSUMER PROTECTION ACT

**Ch. 19.86 RCW**

20.  On the basis of the facts set forth hereinabove, Defendants initiated the E-mails, and each of them, in violation of RCW 19.190.030 and Chapter 19.86 RCW, causing damage to Plaintiffs GORDON and OMNI as the interactive computer service receiving each such E-mail in the amount of $1,000 for each such E-mail, as provided in RCW 19.190.040 (2).

REQUEST FOR RELIEF

Plaintiff respectfully requests the following relief:

1.  Entry of a Judgment against the Defendant in the amount of $1,100 per E-mail, plus such other and further damages as may be proved at trial, plus treble damages to the extent permitted by Chapter 19.86 RCW and to the extent permitted by 15 U.S.C. §7706 (g) (3) (C), plus prejudgment and post-judgment interest at the highest rate permitted by law, plus cost of suit and reasonable attorney fees pursuant to Chapter 19.86 RCW and 15 U.S.C. §7706 (g) (4);

2.  Entry of a permanent injunction against the Defendant prohibiting the Defendant from sending or causing to be sent electronic mail messages of any kind or nature to e-mail addresses at the Domains, hereinabove.

3.  Such other and further relief as the Court deems just and equitable in the premises.

COMPLAINT FOR DAMAGES, PENALTIES, ETC. -4

**i.JUSTICE LAW, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
Phone: 206-504-5400
Fax: 206-624-0717

1

2    RESPECTFULLY SUBMITTED this 14th day of March, 2007.

3

MERKLE SIEGEL & FRIEDRICHSEN, P.C.    DOUGLAS E. MCKINLEY, JR

4                                                       Attorney at Law

5    /S/ Robert J. Siegel                          /S/ Douglas E. McKinley, Jr.
     Robert J. Siegel, WSBA #17312      Douglas E. McKinley, Jr., WSBA#20806
6    Attorney for Plaintiffs                     Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPLAINT FOR DAMAGES, PENALTIES, ETC. -5          **I.JUSTICE LAW, PC**
                                                                      1325 Fourth Ave., Suite 940
                                                                      Seattle, WA 98101
                                                                      Phone: 206-504-5400
                                                                      Fax: 206-624-0717

1  CERTIFICATE OF SERVICE

2      I hereby certify that on _____ ___, 2006, I electronically filed the foregoing with

3  the Clerk of the Court using the CM/ECF system, which will send notification of such filing

   to the following:
4

5      I hereby further certify that I have mailed by United States Postal Service, first-class

6  postage prepaid, the foregoing document to the following non-CM/ECF participants:

7
                                                   MERKLE, SIEGEL, & FRIEDRICHSEN, P.C.
8

9          DATE: _____ ___, 2006                         BY: /S/ ROBERT J. SIEGEL
                                                                ROBERT J. SIEGEL
10                                                        WASHINGTON BAR NO. 17312
                                                        1325 FOURTH AVENUE, SUITE 940
11                                                              SEATTLE, WA 98101
                                                          TELEPHONE: 206.624.9392
12                                                              FAX: 206.624.0717
                                                          BOB@MSFSEATTLE.COM
13

14

15

16

17

18

19

20

21

22

23

24

25
   COMPLAINT FOR DAMAGES, PENALTIES, ETC. -6          i.JUSTICE LAW, PC
                                                      1325 Fourth Ave., Suite 940
                                                      Seattle, WA 98101
                                                      Phone: 206-504-5400
                                                      Fax: 206-624-0717