

FILED __ ENTERED
LODGED __ RECEIVED

MAR 30 2007  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| JAMES S. GORDON, JR., A MARRIED INDIVIDUAL; ET AL., <br><br>Plaintiff/Petitioner<br><br>vs.<br><br>STAMPS.COM, INC., A DELAWARE CORPORATION; ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **CV7 0386P**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE; COMPLAINT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of March, 2007, at 10:06 AM**, at the address of **12059 CORAL TREE Place, LOS ANGELES, Los Angeles** County, **CA 90066**; this declarant served the above described documents upon **STAMPS.COM, INC.**,, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Matt Lipson, REGISTERED AGENT, A white male approx. 30-35 years of age 5'6"-5'8" in height weighing 160-180 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **28th day of March, 2007**

Guillermo Verjan, Reg. #4169, Los Angeles, CA

ABC's Client Name
I.Justice Law, PC

ORIGINAL PRO
SERVICE



07-CV-00386-RCPT