The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; JAMES S. GORDON, JR., a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>STAMPS.COM, INC. a Delaware and California corporation; and JOHN DOES, I-X,<br><br>Defendants. | Case No. CV07-0386 MJP<br><br>**NOTICE OF APPEARANCE FOR STAMPS.COM, INC.** |

PLEASE TAKE NOTICE that defendant STAMPS.COM, INC., without waiving objections as to lack of or improper service, service of process, venue, or jurisdiction, enter an appearance in this action by and through the undersigned attorneys.  Please serve all further papers, notices, and correspondence relating to the this matter, except original

NOTICE OF APPEARANCE FOR
STAMPS.COM, INC.
Case No. 07-0386 P - 1

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  process, on the attorneys referenced below at the address as stated.

4  DATED this 16th day of May, 2007.

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _____
Derek A. Newman, WSBA No. 26967
*derek@newmanlaw.com*
Roger M. Townsend, WSBA No. 25525
*roger@newmanlaw.com*

NOTICE OF APPEARANCE FOR
STAMPS.COM, INC.
Case No. 07-0386 P - 2

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800