The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; JAMES S. GORDON, JR., a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>STAMPS.COM, INC. a Delaware and California corporation; and JOHN DOES, I-X,<br><br>Defendants. | Case No. CV07-0386 MJP<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE DATES** |

## STIPULATION

JAMES S. GORDON, Jr. and OMNI INNOVATIONS, LLC (together, "Plaintiffs"), on the one hand, and Defendant STAMPS.COM, INC. ("Stamps.com"), on the other hand, stipulate and respectfully request the Court continue the Initial Scheduled Dates set forth in the Court's Order (Dkt. #3) and Defendant's deadline for filing its initial responsive pleading per Fed. R. Civ. P. 12.

Stamps.com recently retained counsel in this matter (*see* Dkt. # 4) and counsel has not had an opportunity to conduct a Fed. R. Civ. P. 26(f) conference or create a Joint Status Report and Discovery Plan. The parties anticipate being able to submit a Joint

STIPULATION AND ORDER
CONTINUING INITIAL CASE DATES
Case No. 07-0386 P - 1

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  Status Report and Discovery Plan on or before June 25, 2007. Accordingly, the parties
2  request the following deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Defendants' initial Fed. R. Civ. P. 12 responsive pleading | May 25, 2007 | June 25, 2007 |
| Deadline for FRCP 26(f) Conference: | May 11, 2007 | June 15, 2007 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 18, 2007 | June 21, 2007 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16: | May 25, 2007 | June 25, 2007 |

DATED this 29th day of May, 2007.

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**

By: _____
Derek A. Newman, WSBA No. 26967
Roger M. Townsend, WSBA No. 25525

Attorneys for Defendants

**i.JUSTICE LAW, P.C.**

/s/ Robert Siegel with Authorization

By: _____
Robert J. Siegel, WSBA No. 17312

Attorneys for Plaintiffs

## ORDER

Based upon the foregoing stipulation of the parties, the Court hereby continues the Initial Scheduling Dates as follows:

| EVENT | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| Defendants' initial Fed. R. Civ. P. 12 responsive pleading | May 25, 2007 | June 25, 2007 |

STIPULATION AND ORDER
CONTINUING INITIAL CASE DATES
Case No. 07-0386 P - 2

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

| Deadline for FRCP 26(f) Conference: | May 11, 2007 | June 15, 2007 |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 18, 2007 | June 21, 2007 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16: | May 25, 2007 | June 25, 2007 |

DATED this____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
HON. MARSHA J. PECHMAN

STIPULATION AND ORDER
CONTINUING INITIAL CASE DATES
Case No. 07-0386 P - 3

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800