The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; JAMES S. GORDON, JR., a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>STAMPS.COM, INC. a Delaware and California corporation; and JOHN DOES, I-X,<br><br>Defendants. | No. CV07-0386 MJP<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Roger M. Townsend of the law firm of Newman & Newman, Attorneys at Law, LLP, hereby withdraws his appearance on behalf of Defendant Stamps.com, Inc. in the above matter. Defendant's substituting counsel is Randall Moeller, of the law firm Newman & Newman, Attorneys at Law, LLP. Additionally, Newman & Newman, Attorneys at Law, LLP will continue to be counsel of record through Derek A. Newman, who initially appeared on behalf of Defendant. Defendant respectfully requests that all notices, pleadings and further correspondence be

NOTICE OF WITHDRAWAL AND SUB - 1
(CV07-0386 MJP)

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com

1  addressed to Mr. Newman and Mr. Moeller as stated herein.

4  DATED this 13th day of July, 2007.

6  **NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

9  By: _____
Roger M. Townsend, WSBA No. 25525

11  505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 Phone
(206) 274-2801 Fax

13  Withdrawing Attorney for Defendant

15  **NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

18  By: _____
Randall Moeller, WSBA No. 21094

20  505 Fifth Avenue South, Suite 610
Seattle, Washington 98104
(206) 274-2800 Phone
(206) 274-2801 Fax

22  Substituting Attorney for Defendant

NOTICE OF WITHDRAWAL AND SUB - 2
(CV07-0386 MJP)

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800