The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; JAMES S. GORDON, JR., a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>STAMPS.COM, INC. a Delaware and California corporation; and JOHN DOES, I-X,<br><br>Defendants. | NO. CV07-0386 MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: August 17, 2007 |

THIS MATTER comes before the Court on the Motion to Dismiss ("Motion") filed by Defendant Stamps.Com, Inc. ("Stamps.com"). The Court, having reviewed the pleadings on file, including the Motion, Plaintiffs' Response, and Defendant's Reply thereto, hereby finds and orders that:

1.   The federal CAN-SPAM Act, 15 U.S.C. § 7701 *et seq*. ("CAN-SPAM") does not impose liability for immaterial errors in the header information of commercial email.

2.   CAN-SPAM preempts the Washington Commercial Electronic Mail Act, RCW 19.190 *et seq*. ("CEMA") to the extent that CEMA pertains to immaterial errors in

[PROPOSED] ORDER GRANTING
DEF.'S MOT. TO DISMISS - 1
CASE NO. CV07-0386 MJP

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com

1  the header information of commercial email.  <u>Gordon v. Virtumundo et al.</u>, Case No.
2  CV06-0204-JCC, W.D.Wash. (Coughenour, J.) ("Virtumundo"); *See also* <u>Omega World
3  Travel, Inc. v. Mummagraphics, Inc.</u>, 469 F.3d 348 (4th Cir. 2006) (holding that CAN-
4  SPAM preempts Oklahoma's state commercial email statute to the extent that it pertains
5  to immaterial errors.)

6      3.    CEMA does not impose liability for immaterial errors.  <u>Benson v. Or.
7  Processing Serv.</u>, 2007 Wash. App. LEXIS 31 (Wash. Ct. App. 2007).

8      4.    Plaintiffs' allegations are identical to those asserted by Plaintiffs in
9  <u>Virtumundo</u> and as in that case, represent immaterial errors in email header information.

10      5.    Accordingly, Plaintiffs' First and Second Causes of Action under CAN-
11  SPAM and CEMA are dismissed with prejudice.

12      6.    Plaintiffs' Washington Consumer Protection Act, RCW 19.86, claims are
13  based on Plaintiffs' insufficient CEMA claims.  Accordingly, Plaintiffs' Third Cause of
14  Action under the CPA is dismissed with prejudice.

16      DATED this ___ day of _____, 2007.

18      _____
    UNITED STATES DISTRICT JUDGE
19      The Honorable Marsha Pechman

21  **NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

23  By:_____
Derek A. Newman, WSBA No. 26967
24  *derek@newmanlaw.com*
Randy Moeller, WSBA No. 21094
25  *randy@newmanlaw.com*

26  Attorneys for Defendant
27  Stamps.Com Inc.

28

[PROPOSED] ORDER GRANTING
DEF.'S MOT. TO DISMISS - 2
CASE NO. CV07-0386 MJP

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800