1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

OMNI INNOVATIONS, LLC, et al.,

8                              Plaintiffs,

9    v.                                                NO. C07-386MJP

10   STAMPS.COM, INC., et al.,                          MINUTE ORDER

11                              Defendants.

12

13          The following Minute Order is made by direction of the Court, the Honorable Marsha J.

14   Pechman, United States District Judge:

15          The Clerk is directed to REASSIGN this matter to the Honorable John C. Coughenour, United

16   States District Judge.  Future filings in this matter shall bear the case number C07-386-JCC.

17          Date: August 2, 2007.

18

19                                          BRUCE RIFKIN, Clerk

20                                          By /s/ Mary Duett
                                               Deputy Clerk

21
22
23
24
25
26   MINUTE ORDER - 1