Douglas E. McKinley, Jr.
PO Box 202
Richland, WA 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**<br><br>　　　　　**Plaintiffs,**<br>　v.<br>**STAMPS.COM, INC. a Delaware and California corporation; and JOHN DOES, I-X,**<br><br>　　　　　**Defendants,** | NO. C07-386-JCC<br><br>**PLAINTIFFS' MOTION FOR A STAY**<br><br>[NOTE ON MOTION CALENDAR FOR SEPT. 7, 2007] |

Plaintiffs, by and through undersigned counsel, hereby move the Court for an order staying this

litigation pending Plaintiffs' appeal to the US Circuit Court of Appeals For the Ninth Circuit in

PLAINTIFFS' MOTION FOR A STAY - 1

OMNI v. STAMPS.COM

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

*Gordon v Virtumundo, et al.*

As the Court is aware, Plaintiff has filed an appeal to the US Court of Appeals for the Ninth Circuit in *Virtumundo.* Although the factual issues in the present case differ from those in *Virtumundo,* the fundamental issue of Plaintiffs' standing is common, and critical to both cases.

Accordingly, there is good cause to stay this litigation to preserve judicial economy as well as the resources of the parties hereto.

**RESPECTFULLY SUBMITTED** this 13th day of August, 2007.

| | |
|---|---|
| DOUGLAS E. MCKINLEY, JR | i.Justice Law, P.C. |
| Attorney at Law | |
| /S/ Douglas E. McKinley, Jr. | /S/ Robert J. Siegel |
| Douglas E. McKinley, Jr., WSBA #20806 | Robert J. Siegel, WSBA #17312 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

PLAINTIFFS' MOTION FOR A STAY - 2

OMNI v. STAMPS.COM

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299

## Certificate of Service

I, hereby, certify that on August 13, 2007, I filed the attached pleading with this Court via approved electronic filing, and served the following:

Attorneys for Defendants: Derek Newman, Newman & Newman.

**i.Justice Law, PC**
1325 Fourth Ave., Suite 940
Seattle, WA 98101
/s/ Robert J. Siegel
Attorneys for Plaintiffs.

PLAINTIFFS' MOTION FOR A STAY - 3

OMNI v. STAMPS.COM

i.Justice Law, P.C.
PO Box 25817
Seattle, WA 98165-1317
Phone/Fax: 888-839-3299