1
2
3
4
5

Douglas E. McKinley, Jr.
PO Box 202
Richland WA, 99352
(509) 628-0809

i.Justice Law, P.C.
Robert J. Siegel
PO Box 258217
Seattle, WA 98165-1317

THE HON. JOHN C. COUGHENOUR

6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

10
11
12
13
14
15
16

**OMNI INNOVATIONS, LLC, a Washington Limited Liability company; and JAMES S. GORDON, JR., a married individual,**

**Plaintiffs,**

v.

**STAMPS.COM, INC. a Delaware and California corporation; and JOHN DOES, I-X,**

**Defendants,**

**NO. C07-386-JCC**

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND TO FILE DECLARATIONS UNDER SEAL**

**NOTE FOR HEARING: August 31, 2007**

17
18
19
20
21

Pursuant to GR 2(g), the undersigned attorneys of record for Plaintiff herein, for good cause, move the Court for an order permitting their withdrawal as counsel. The facts supporting the good cause are submitted in the declarations of counsel submitted herewith, and which, subject to the Court's authorization, are filed under seal.

22
23
24
25

-1
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**i.JUSTICE LAW, P.C.**
**PO Box 25817**
**Seattle, WA 981165-1317**
**Phone/Fax: 888-839-1317**

1

2    RESPECTFULLY SUBMITTED this 22nd day of August, 2007.

3

4

5    <u>i.JUSTICE LAW, P.C.</u>                                    <u>DOUGLAS E. MCKINLEY, JR</u>
                                                                 Attorney at Law

6    /S/ Robert J. Siegel                                        /S/ Douglas E. McKinley, Jr.
     Robert J. Siegel, WSBA #17312                               Douglas E. McKinley, Jr., WSBA#20806

7        Attorney for Plaintiffs                                     Attorney for Plaintiffs

8

9

10                                   **Certificate of Service**

11   I, hereby, certify that on August 20, 2007, I filed the subjoined pleading with this Court via
     approved CMECF electronic filing, that electronically serves Attorneys for Defendants:

12

     I also certify that that on August 22, 2007, I served the subjoined pleading upon plaintiff James
13   S. Gordon, Jr. electronically by email, and by regular US mail, postage prepaid.

14

     /s/ Robert J. Siegel
15   Robert J. Siegel

16

17

18

19

20

21

22

23

24

25   -2
     MOTION FOR LEAVE TO WITHDRAW AS COUNSEL