The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington limited liability company; JAMES S. GORDON, JR., a married individual,<br><br>            Plaintiffs,<br><br>   v.<br><br>STAMPS.COM INC. a Delaware and California corporation; and JOHN DOES, I-X,<br><br>            Defendants. | NO. C07-386 JCC<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR A STAY**<br><br>NOTE ON MOTION CALENDAR: September 7, 2007 |

Defendant Stamps.com Inc. ("Stamps.com") takes no position on the pending Motion for a Stay (Dkt. #16, the "Stay Motion") filed by Plaintiffs James S. Gordon, Jr. ("Gordon") and Omni Innovations, LLC ("Omni"). However, Stamps.com respectfully requests that, prior to its decision on the Stay Motion, the Court rule on Stamps.com's pending Motion to Dismiss for Failure to State a Claim (Dkt. # 11, the "Motion to Dismiss"). The Motion to Dismiss is fully briefed and ripe for consideration. In the event this Court determines Plaintiffs' claims should be dismissed, it will conserve judicial resources to dispense with them entirely now, rather than postpone that decision

DEFS.' RESPONSE TO MOT. TO STAY - 1
CASE NO. C07-386 JCC

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  until later. Accordingly, Stamps.com requests that this Court decide the Motion to
2  Dismiss before ruling on the Stay Motion.

4  DATED this 4th day of September, 2007.

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

By: _____
Derek A. Newman, No. 26967
Randall Moeller, No. 21094

Attorneys for Defendant Stamps.com Inc.

DEFS.' RESPONSE TO MOT. TO STAY - 2
CASE NO. C07-386 JCC

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800