# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of September 2007, I electronically filed the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR A STAY, AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing to:**

Robert Siegel, Esq.
i.Justice Law, P.C.
Email: bob@ijusticelaw.com

Douglas McKinley, Esq.
Law Offices of Douglas McKinley
Email: doug@mckinleylaw.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on September 4th, 2007, at Seattle, Washington.

_____
Diana Au

CERTIFICATE OF SERVICE

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800