UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability Company; JAMES S. GORDON, JR., a married individual,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., a Delaware and California corporation; and JOHN DOES, I-X,<br><br>Defendants. | CASE NO. C07-0386-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Motion to Withdraw as Attorney filed by Plaintiffs' counsel on August 22, 2007. (Dkt. No. 18). Approximately one week later, on August 30, Plaintiffs' counsel filed a Reply to James S. Gordon, Jr.'s Response to the motion to withdraw. (Dkt. No. 21). However, as reflected by the docket, no such Response has been filed by Mr. Gordon in this case.

//

//

MINUTE ORDER – 1

1  Therefore, the Reply filed on August 30 (Dkt. No. 21) is hereby STRICKEN. The Motion to Withdraw
2  (Dkt. No. 18) is RENOTED for consideration on September 14, 2007.
3      DATED this 7th day of September, 2007.

                        BRUCE RIFKIN, Clerk of Court

                        By  /s/ C. Ledesma
                              Deputy Clerk

26  MINUTE ORDER – 2