UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMNI INNOVATIONS, LLC, a Washington Limited Liability Company; JAMES S. GORDON, JR., a married individual,<br><br>Plaintiff,<br><br>v.<br><br>STAMPS.COM, INC., a Delaware and California corporation; and JOHN DOES, I-X,<br><br>Defendants. | CASE NO. C07-0386-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to stay this litigation pending Plaintiffs' appeal to the Ninth Circuit Court of Appeals in *Gordon v. Virtumundo*, No. 06–0204, 2007 U.S. Dist. LEXIS 35544 (W.D. Wash. May 15, 2007) (Dkt. No. 16). Defendant takes no position on Plaintiffs' motion. (Dkt. No. 22.) Therefore, in accordance with the Court's broad discretion to stay proceedings incident to its power to control its own docket, *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936), this case is hereby STAYED and REMOVED from the Court's active caseload. The parties are further

MINUTE ORDER – 1

1  ORDERED to file a NOTICE on this Court's Docket when the Ninth Circuit has issued a ruling on the
2  merits or otherwise disposed of Plaintiffs' petition. Because this entire case is now stayed, no discovery
3  or motions practice shall proceed until further order of this Court.
4     DATED this 10th day of September, 2007.

6                                         BRUCE RIFKIN, Clerk of Court

9                                         By   /s/ C. Ledesma
10                                              Deputy Clerk

26  MINUTE ORDER – 2